UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00254-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JORGE LUIS GUTIERREZ-SALADO,

    Defendant.

**ORDER**

THIS MATTER is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, July 17, 2009,** and responses to these motions shall be filed by **Friday, July 31, 2009.**  It is

FURTHER ORDERED that counsel shall request a hearing on all pending motions and final trial preparation conference, if necessary, at a future date.  It is

FURTHER ORDERED that a five-day jury trial is set for **Monday, August 10, 2009, at 9:00 a.m. in Courtroom A1002.**

Dated:  June 25, 2009

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge